# Exhibit A

*RideShare Displays, Inc. v. Lyft, Inc.*, No. 1:20-cv-01629-RGA-JLH

**Asserted Patent Claims**[1]

| U.S. Patent 9,892,637 | U.S. Patent 10,169,987 | U.S. Patent 10,395,525 | U.S. Patent 10,559,199 | U.S. Patent 10,748,417 |
|---|---|---|---|---|
| 1. A vehicle identification system, comprising: at least one display associated with a vehicle, wherein the at least one display is located to be visible from an exterior of the vehicle; a transceiver; and a controller communicatively coupled to the transceiver, wherein the controller is adapted to generate a first signal to be transmitted by the transceiver to a mobile communication device associated with a driver of the vehicle when it is determined that the vehicle is within a predetermined distance of a specific location, | 1. A vehicle identification system, comprising: a display associated with a vehicle, wherein the display is located to be visible from an exterior of the vehicle by a rider; a controller communicatively coupled to a network and configured to, in response to receipt of a signal from a user, generate and transmit a first signal representing an indicator via the network to a mobile communication device associated with a driver of the vehicle; and wherein, in response to receiving the first signal, the mobile communication device associated with the driver of the vehicle | 1. A vehicle identification system, comprising: a display associated with a front windshield of a vehicle, wherein the display is movable so as to be visible from an exterior of the vehicle by a rider; a controller communicatively coupled to mobile communication devices, wherein the controller generates a first signal representing an indicator which is transmitted to a mobile communication device associated with a driver of the vehicle and a second signal representing the indicator which is transmitted to a mobile communication device associated with the rider; and | 1. A vehicle identification method implemented as an application on mobile communication devices over a wireless communication network, comprising: requesting a ride from a transportation service from a mobile communication device of a user; determining that a vehicle is within a predetermined distance of the location of the user; generating a notification signal to a mobile communication device associated with a driver of the vehicle; generating an indicatory signal representing an indicator; | 1. A vehicle identification system for mobile communication device users, comprising: a display associated with a vehicle, wherein the display is located to be visible from an exterior of the vehicle by mobile communication device users; a controller communicatively coupled to a network and configured to, in response to receipt of a ride request signal from a mobile communication device of a user in a pickup area, generate and transmit a notification signal via the network to a mobile communication device associated with a driver of the vehicle, and in response |

[1] This chart identifies the common components recited in the claims of the asserted patents: the claimed "display[s] associated with a vehicle" are identified in red, the claimed "controller[s]" are identified in green, the claimed "transceiver[s]" are identified in purple, the claimed "mobile communication device[s] identified with a driver of a vehicle" are identified in orange, and the claimed "mobile communication device[s] identified with a [rider/user]" are identified in blue.

1

| U.S. Patent 9,892,637 | U.S. Patent 10,169,987 | U.S. Patent 10,395,525 | U.S. Patent 10,559,199 | U.S. Patent 10,748,417 |
|---|---|---|---|---|
| wherein the mobile communication device associated with the driver is adapted to generate a second signal to be transmitted to the at least one display, the second signal representing an indicator. | generates and transmits a second signal representing the indicator to the display, the indicator identifies the vehicle. | wherein the mobile communication device associated with the driver of the vehicle generates a third signal representing the indicator which is transmitted to the display, the third signal representing the indicator identifies the vehicle. | displaying the indicator based on the notification signal on a display associated with the vehicle, the mobile communication device associated with the driver, and the user's mobile communication device, wherein the display associated with the vehicle is located to be visible from the exterior of the vehicle; and identifying the vehicle based on appearance of a match, by visual observation of the user, between the indicator being displayed on the user's mobile communication device and the indicator being displayed on the display associated with the vehicle. | to the mobile communication device associated with the driver of the vehicle receiving the notification signal an indicatory signal representing a visual indicator is generated and transmitted to the display and the mobile communication device of the user, wherein the visual indicator is not duplicated in the same pickup area. |
| 2. The vehicle identification system of claim 1, wherein the second signal representing the indicator is receivable by a mobile communication device associated with a rider. | 2. The vehicle identification system of claim 1, wherein the controller is further configured to transmit a third signal representing the indicator to a mobile communication device associated with the rider, | | 2. The method of claim 1, further including identifying the user based on appearance of a match, by visual observation of the driver, between the indicator being displayed on the mobile communication device | 2. The vehicle identification system for mobile communication device users of claim 1, wherein the indicatory signal representing the visual indicator is generated and transmitted from the mobile |

2

| U.S. Patent 9,892,637 | U.S. Patent 10,169,987 | U.S. Patent 10,395,525 | U.S. Patent 10,559,199 | U.S. Patent 10,748,417 |
|---|---|---|---|---|
| | the indicator identifies the vehicle. | | associated with the driver and the indicator being displayed on the user's mobile communication device. | communication device associated with the driver of the vehicle. |
| 3. The vehicle identification system of claim 2, wherein an application running on the mobile communication device associated with a rider is adapted to display the indicator in response to receiving the second signal. | 3. The vehicle identification system of claim 1, wherein the mobile communication device associated with the driver is configured to transmit a third signal representing the indicator which is transmitted to a mobile communication device associated with the rider, the indicator identifies the vehicle. | | | 3. The vehicle identification system for mobile communication device users of claim 1, wherein the indicatory signal representing the visual indicator is generated and transmitted from the controller. |
| 4. The vehicle identification system of claim 1, wherein the controller is further adapted to generate a third signal to be transmitted by the transceiver to a mobile communication device associated with a rider, the third signal representing the indicator. | 4. The vehicle identification system of claim 1, including a transceiver which receives and transmits signals from the controller to the mobile communication devices. | | | 4. The vehicle identification system for mobile communication device users of claim 1, wherein the indicatory signal representing the visual indicator is generated and transmitted from the mobile communication device associated with the driver of the vehicle to the display and from the controller to the mobile communication device of the user. |
| 5. The vehicle identification system | 5. The vehicle identification system | | | 5. The vehicle identification system for |

3

| U.S. Patent 9,892,637 | U.S. Patent 10,169,987 | U.S. Patent 10,395,525 | U.S. Patent 10,559,199 | U.S. Patent 10,748,417 |
|---|---|---|---|---|
| of claim 1, wherein the indicator is an alphanumeric string. | of claim 1, including a panic button. | | | mobile communication device users of claim 1, wherein the visual indicator is a code, a text string, an alphanumeric string, or an icon. |
| 6. The vehicle identification system of claim 1, wherein the transceiver is composed of at least one cell phone tower. | 6. The vehicle identification system of claim 1, wherein the indicator is an identifier in the form of an alphanumeric string. | | | |
| 7. The vehicle identification system of claim 1, wherein the controller is a computer network controller. | 7. The vehicle identification system of claim 1, wherein the indicator is an identifier in the form other than an alphanumeric string. | | | |
| 8. The vehicle identification system of claim 1, wherein the controller is a server. | 8. A vehicle identification system, comprising:<br><br>a display associated with a vehicle, wherein the display is located to be visible from an exterior of the vehicle by a rider;<br><br>a controller communicatively coupled to a network and configured to, in response to receipt of a signal from a user, generate and transmit a first signal representing an indicator via the | | | |

| U.S. Patent 9,892,637 | U.S. Patent 10,169,987 | U.S. Patent 10,395,525 | U.S. Patent 10,559,199 | U.S. Patent 10,748,417 |
|---|---|---|---|---|
| | network to a mobile communication device associated with a driver of the vehicle; and<br><br>wherein, in response to receiving the first signal, the mobile communication device associated with the driver of the vehicle generates and transmits a second signal representing the indicator to the display, the indicator identifies the vehicle; and<br><br>wherein the indicator is displayed on the mobile communication device associated with the driver, the mobile communication device associated with the rider and the display associated with a vehicle. | | | |
| 9. A method of identifying a vehicle being dispatched to a location of a user having requested a ride from a transportation service, comprising:<br><br>when it is determined that the vehicle is within a predetermined distance of the location of the user, | 9. An identification system, comprising:<br><br>a display associated with a driver, the display is adapted to be worn by the driver;<br><br>a controller communicatively coupled to a network and | | | |

*RideShare Displays, Inc. v. Lyft, Inc.*, No. 1:20-cv-01629-RGA-JLH

| U.S. Patent 9,892,637 | U.S. Patent 10,169,987 | U.S. Patent 10,395,525 | U.S. Patent 10,559,199 | U.S. Patent 10,748,417 |
|---|---|---|---|---|
| generating a notification signal to a mobile communication device associated with the driver; <br><br>generating an indicatory signal representing an indicator in response to receiving the notification signal; <br><br>displaying, on a display associated with the vehicle, the indicator based on the notification signal, the display being located to be visible on the exterior of the vehicle; <br><br>displaying the indicator on a mobile communication device associated with the user; and <br><br>identifying the vehicle based on appearance of a match, by visual observation of the user, between the indicator being displayed on the mobile communication device associated with the user and the indicator being displayed on the display associated with the vehicle. | configured to, in response to receipt of a signal, to generate and transmit via the network a first signal representing an indicator to a mobile communication device associated with a driver of the vehicle; and <br><br>wherein the mobile communication device associated with the driver of the vehicle generates and transmits a second signal representing the indicator to the display, the indicator identifies the driver. | | | |

6

| U.S. Patent 9,892,637 | U.S. Patent 10,169,987 | U.S. Patent 10,395,525 | U.S. Patent 10,559,199 | U.S. Patent 10,748,417 |
|---|---|---|---|---|
|  |  |  |  |  |
| 10. The method of claim 9, wherein the displaying the indicator on a mobile communication device associated with the user includes receiving an indicatory signal from the mobile communication device associated with the driver. | 10. The identification system of claim 9, wherein the controller is further configured to transmit a third signal representing the indicator to a mobile communication device associated with a user requesting service, the indicator identifies the driver. |  |  |  |
| 11. The method of claim 9, wherein the displaying the indicator on a mobile communication device associated with the user includes receiving an indicatory signal from a controller associated with the transportation service. | 11. The identification system of claim 9, wherein the mobile communication device associated with the driver is configured to transmit a third signal representing the indicator to a mobile communication device associated with a user requesting service, the indicator identifies the driver. |  |  |  |
| 12. The method of claim 9, wherein the indicator is an alphanumeric string. | 12. The identification system of claim 9, including a transceiver which receives and transmits signals from the controller to the mobile communication devices. |  |  |  |
| 13. A vehicle identification system, comprising: | 13. A vehicle identification system, comprising: |  |  |  |

| U.S. Patent 9,892,637 | U.S. Patent 10,169,987 | U.S. Patent 10,395,525 | U.S. Patent 10,559,199 | U.S. Patent 10,748,417 |
|---|---|---|---|---|
| at least one display associated with a vehicle, wherein the at least one display is located to be visible from an exterior of the vehicle;<br><br>a transceiver;<br><br>a controller communicatively coupled to the transceiver, wherein the controller is adapted to generate a first signal including a code to be transmitted by the transceiver to a mobile communication device associated with a driver of the vehicle and a second signal including the code to a mobile communication device associated with a user requesting a ride; and<br><br>a third signal to be transmitted to the at least one display, the third signal providing the code and representing an indicator to identify the vehicle. | a display associated with a vehicle, wherein the display is located to be visible from an exterior of the vehicle;<br><br>a controller communicatively coupled to a network and configured to, in response to receipt of a signal, generate and transmit via the network a first signal representing an indicator to a mobile communication device associated with a driver of the vehicle;<br><br>wherein the mobile communication device associated with the driver of the vehicle generates and transmits a second signal representing the indicator to the display, the indicator identifies the vehicle; and<br><br>a panic button. | | | |
| 14. The vehicle identification system of claim 13, wherein the | 14. The vehicle identification system of claim 13, wherein the controller is further | | | |

| U.S. Patent 9,892,637 | U.S. Patent 10,169,987 | U.S. Patent 10,395,525 | U.S. Patent 10,559,199 | U.S. Patent 10,748,417 |
|---|---|---|---|---|
| transceiver is one or more cell phone towers. | configured to transmit a third signal representing the indicator to a mobile communication device associated with a rider, the indicator identifies the vehicle. | | | |
| 15. The vehicle identification system of claim 13, wherein the first, second and third signals are transmitted when it is determined that the vehicle is within a predetermined distance of a specific location of the user. | 15. The vehicle identification system of claim 13, wherein the indicator is in the form of an alphanumeric string. | | | |
| 16. The vehicle identification system of claim 13, wherein the third signal is from the mobile communication device associated with the driver. | 16. The vehicle identification system of claim 13, wherein the indicator is an identifier is in the form other than an alphanumeric string. | | | |
| 17. The vehicle identification system of claim 13, wherein the indicator is an alphanumeric string. | 17. A vehicle identification system, comprising:

a display associated with a vehicle, wherein the display is located to be visible from an exterior of the vehicle;

a controller communicatively coupled | | | |

9

| U.S. Patent 9,892,637 | U.S. Patent 10,169,987 | U.S. Patent 10,395,525 | U.S. Patent 10,559,199 | U.S. Patent 10,748,417 |
|---|---|---|---|---|
| | to a network and configured to, in response to receipt of a signal, generate and transmit via the network a first signal representing an indicator to a mobile communication device associated with a driver of the vehicle; wherein the mobile communication device associated with the driver of the vehicle generates and transmits a second signal representing the indicator to the display, the indicator identifies the vehicle; a panic button; and wherein the indicator is displayed on the mobile communication device associated with the driver, the mobile communication device associated with the rider and the display associated with a vehicle. | | | |
| 18. The vehicle identification system of claim 13, wherein the indicator is an identifier | | | | |

*RideShare Displays, Inc. v. Lyft, Inc.*, No. 1:20-cv-01629-RGA-JLH

| U.S. Patent 9,892,637 | U.S. Patent 10,169,987 | U.S. Patent 10,395,525 | U.S. Patent 10,559,199 | U.S. Patent 10,748,417 |
|---|---|---|---|---|
| other than an alphanumeric string. | | | | |
| 19. The vehicle identification system of claim 13, wherein the code is displayed on the mobile communication device associated with the driver, the mobile communication device associated with the user, and the at least one display associated with a vehicle. | | | | |
| 20. The vehicle identification system of claim 1, wherein the indicator is an identifier other than an alphanumeric string. | | | | |