## CERTIFICATE OF SERVICE

I, R. Karl Hill, hereby certify that on this 9th day of August 2021, Plaintiff's Response in Opposition to Defendant's Rule 72 Objections to the July 12, 2021 Report and Recommendation of Defendant's Motion to Dismiss (D.I. 46) was served upon all counsel of records via CM/ECF.

/s/ R. Karl Hill
R. KARL HILL (2747)