IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RIDESHARE DISPLAYS, INC.,<br><br>    Plaintiff,<br>v.<br><br>LYFT, INC.<br><br>    Defendant. | Case No. 1:20-cv-01629-RGA-JLH |

## NOTICE OF SUBSTITUTION OF COUNSEL

**PLEASE TAKE NOTICE** that Benjamin H. Diessel, Joseph M. Casino, Michael K. Kasdan, and Sapna W. Palla. of Wiggin and Dana LLP hereby withdraw their appearance as counsel for RideShare Displays, Inc.

**PLEASE TAKE FURTHER NOTICE** that Gregory S. Gewirtz, Keith E. Gilman, Jonathan A. David, David G. Leach, and Daniella Caro-Esposito of Lerner, David, Littenberg, Krumholz & Mentlik, LLP hereby enter their appearance as counsel for RideShare Displays, Inc.

**PLEASE TAKE FURTHER NOTICE** that copies of all notices and pleadings given or filed in this case be given and served upon Lerner, David, Littenberg, Krumholz & Mentlik, LLP as indicated below:

|  |  |
|---|---|
| Dated: April 6, 2022 | SEITZ, VAN OGTROP & GREEN, P.A |
|  | /s/ R. Karl Hill |
|  | R. Karl Hill (DE2747) |
|  | 222 Delaware Avenue, Suite 1500 |
|  | P.O. Box 68 |
|  | Wilmington, DE  19899 |
|  | (302) 888-7604 |
|  | Khill@svglaw.com |

LERNER, DAVID, LITTENBERG,
KRUMHOLZ & MENTLIK, LLP
Gregory S. Gewirtz (*pro hac vice* pending)
Keith E. Gilman (*pro hac vice* pending)
Jonathan A. David (*pro hac vice* pending)
David G. Leach (*pro hac vice* pending)
Daniella Caro-Esposito (*pro hac vice* pending)
20 Commerce Drive
Cranford, NJ  07016
(908) 654.5000
ggewirtz@lernerdavid.com
kgilman@lernerdavid.com
jdavid@lernerdavid.com
dleach@lernerdavid.com
dcaro-esposito@lernerdavid.com

*Attorneys for Plaintiff RideShare Displays, Inc.*