IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RIDESHARE DISPLAYS, INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> LYFT, INC., ) <br> ) <br> Defendant. ) <br> ) | C.A. No. 20-1629-RGA-JLH |

**JOINT STATUS REPORT**

Pursuant to the Court's Oral Order of April 18, 2022, Defendant Lyft, Inc. ("Lyft") and Plaintiff Rideshare Displays, Inc. ("RSDI") hereby provide a Joint Status Report regarding the Final Written Decisions entered by the Patent Trial and Appeal Board ("PTAB") on April 10, 2023 regarding all five asserted patents, i.e., U.S. Patent No. 9,892,637 ("the '637 Patent"), U.S. Patent No. 10,169,987 ("the '987 Patent"), U.S. Patent No. 10,395,525 ("the '525 Patent"), U.S. Patent No. 10,559,199 ("the '199 Patent"), and U.S. Patent No. 10,748,417 ("the '417 Patent").

The PTAB found all challenged claims of all five asserted patents invalid in the Final Written Decisions. *See* Exhibits 1-5 (Final Written Decisions). The PTAB, however, found that certain substitute claims for the '637 patent (claims 29, 31, and 32) and '199 patent (claims 3 and 4) replace cancelled claims for those patents. *See* Exhibits 1 and 4.

In view of the PTAB rulings, the parties jointly request that the case remain stayed for sixty (60) days so that the parties can evaluate how to best proceed and can consider any potential appeals of the above-referenced decisions by which time any Notices of Appeal would be filed. The parties propose that the Court enter an order requiring that the parties provide a further status report to the Court by June 23, 2023.

| | |
|---|---|
| SEITZ, VAN OGTROP & GREEN, P.A. | ASHBY & GEDDES |
| /s/ *R. Karl Hill* | /s/ *John G. Day* |

R. Karl Hill (#2747)
222 Delaware Avenue, Suite 1500
P.O. Box 68
Wilmington, DE 19899
(302) 888-7604
khill@svglaw.com

Gregory Gewirtz
Keith E Gilman
David G Leach
Daniela Caro-Esposito
LERNER DAVID LLP
(908) 518-6343
ggewirtz@lernerdavid.com

**ATTORNEYS FOR PLAINTIFF RIDESHARE DISPLAYS, INC.**

Dated:  April 24, 2023

John G. Day (#2403)
Andrew C. Mayo (#5207)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899
(302) 654-1888
jday@ashbygeddes.com
amayo@ashbygeddes.com

Jennifer C. Tempesta
Jennifer.tempesta@bakerbotts.com
BAKER BOTTS L.L.P.
30 Rockefeller Plaza
New York, NY 10112-4498
(212) 408-2500

Jeremy Taylor
Jeremy.taylor@bakerbotts.com
BAKER BOTTS L.L.P.
101 California St., Suite 3600
San Francisco, CA 94111
(415) 291-6200

**ATTORNEYS FOR DEFENDANT LYFT, INC.**