IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RIDESHARE DISPLAYS, INC.,<br><br>                      Plaintiff,<br>   v.<br><br>LYFT, INC.<br><br>                      Defendant. | Case No. 1:20-cv-01629-RGA-JLH |

**NOTICE OF SUBSTITUTION OF COUNSEL**

**PLEASE TAKE NOTICE** that Gregory S. Gewirtz, Keith E. Gilman, Jonathan A. David, David G. Leach, and Daniella Caro-Esposito of Lerner, David, Littenberg, Krumholz & Mentlik, LLP hereby withdraw their appearance as counsel for RideShare Displays, Inc.

**PLEASE TAKE FURTHER NOTICE** that Michelle Dawson and Devan Padmanabhan of Padmanabhan & Dawson, PLLC hereby enter their appearance as counsel for RideShare Displays, Inc.

**PLEASE TAKE FURTHER NOTICE** that copies of all notices and pleadings given or filed in this case be given and served upon Padmanabhan & Dawson, PLLC as indicated below:

| | |
|---|---|
| Dated:  June 23, 2023 | SEITZ, VAN OGTROP & GREEN, P.A |
| | |
| | /s/  *R. Karl Hill* |
| | R. Karl Hill (DE2747) |
| | 222 Delaware Avenue, Suite 1500 |
| | P.O. Box 68 |
| | Wilmington, DE  19899 |
| | (302) 888-7604 |
| | Khill@svglaw.com |
| | |
| | PADMANABHAN & DAWSON, PLLC |
| | Devan Padmanabhan *pro hac vice* forthcoming |
| | Michelle Dawson *pro hac vice* forthcoming |
| | 45 South 7th Street, Suite 2315 |
| | Minneapolis, Minnesota 55402 |
| | (612) 444-3577 |
| | devan@paddalawgroup.com |
| | michelle@paddalawgroup.com |
| | |
| | *Attorneys for Plaintiff RideShare Displays, Inc.* |