IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RIDESHARE DISPLAYS, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>LYFT, INC., )<br>)<br>Defendant. )<br>) | Case No. 20-1629-RGA-JLH |

## MOTION AND [PROPOSED] ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of Michelle E. Dawson to represent Rideshare Displays, Inc. in this matter.

Dated: June 29, 2023

/s/   *R. Karl Hill*
R. Karl Hill (#2747)
222 Delaware Avenue,
Suite 1500 P.O. Box 68
Wilmington, DE 19899
(302) 888-7604
khill@svglaw.com

*Counsel for Plaintiff*
*RideShare Displays, Inc.*

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

Date: _____        _____
United States District Judge