IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RIDESHARE DISPLAYS, INC., | ) |
| Plaintiff, | ) ) ) |
| v. | ) C.A. No. 20-1629-RGA-JLH ) |
| LYFT, INC., | ) ) ) |
| Defendant. | ) |

**STIPULATION AND ORDER TO
EXTEND TIME FOR JOINT STATUS REPORT**

The parties, by and through their undersigned counsel, hereby stipulate and agree, subject to approval and order of the Court, that the time for the parties to submit the joint status report required by the Court's May 15, 2023 Oral Order (D.I. 106) is hereby extended by 7 additional days, through and including Friday July 7, 2023. The extension is necessary to allow the parties to meet and confer on issues related to the joint status report.

| | |
|---|---|
| SEITZ, VAN OGTROP & GREEN, P.A. | ASHBY & GEDDES |
| /s/ R. Karl Hill | /s/ John G. Day |
| R. Karl Hill (#2747)<br>222 Delaware Avenue, Suite 1500<br>P.O. Box 68<br>Wilmington, DE 19899<br>(302) 888-7604<br>khill@svglaw.com | John G. Day (#2403)<br>Andrew C. Mayo (#5207)<br>500 Delaware Ave., 8th Floor<br>P.O. Box 1150<br>Wilmington, DE 19899<br>(302) 654-1888<br>jday@ashbygeddes.com<br>amayo@ashbygeddes.com |
| *Counsel for Plaintiff*<br>*RideShare Displays, Inc.* | *Counsel for Defendant Lyft, Inc.* |

IT IS SO ORDERED this ____ day of _____, 2023.

_____
United States Magistrate Judge

{01917084;v1 }